**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Robert Louis PONZINI, Defendant—Appellant.**

No. 06–6118.

United States Court of Appeals, Fourth Circuit.

Submitted June 16, 2006.

Decided June 30, 2006.

Robert Louis Ponzini, Appellant Pro Se. Brian Ronald Hood, Assistant United States Attorney, Richmond, Virginia, for Appellee.

Before NIEMEYER, TRAXLER, and DUNCAN, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Robert Louis Ponzini appeals the district court's order denying Ponzini's 28 U.S.C. § 3742 (2000) motion for want of jurisdiction. We have reviewed the record and find no reversible error. Accordingly, we deny the motion for leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *See United States v. Ponzini,* No. 3:02–cr–00423–JRS (E.D.Va. Dec. 27, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED*